UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JOSH LIMAS | § | |
| | § | CIVIL ACTION NO. 5:20-cv-00171 |
| **Plaintiff** | § | |
| | § | |
| VS. | § | |
| | § | |
| FAMILY DOLLAR STORES OF | § | |
| TEXAS, LLC | § | |
| | § | |
| **Defendant** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, JOSH LIMAS Plaintiff and FAMILY DOLLAR STORES OF TEXAS, LLC, Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:    February 1, 2021        FOR JOSH LIMAS, Plaintiff

BY:    **/S/   R. Bruce Tharpe**
R. Bruce Tharpe
LAW OFFICE OF R. BRUCE THARPE, PLLC
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(956) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED:    February 1, 2021        FAMILY DOLLAR STORES OF TEXAS, LLC

Defendant

BY: **/S/   Steve R. McCown**
Steve R. McCown (Attorney-In-Charge)
State Bar No. 13466500
LITTLER MENDELSON, P.C.
A Professional Corporation
100 Congress Avenue
Suite 2000
Austin, TX 78701
512.982.7250 (Telephone)
512.982.7248 (Telecopier)
smccown@littler.com
***(Physical Address only)***

Alisa Sherbow
State Bar No. 24113478
LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Lock Box 116
Dallas, Texas 75201-2931
(214) 880-8120 - direct
(469) 475-3282 – cell
asherbow@littler.com