United States District Court
Southern District of Texas
**ENTERED**
February 02, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JOSH LIMAS, § § § Plaintiff, § VS. § FAMILY DOLLAR STORES OF TEXAS, § LLC, § § Defendant. § § § | CIVIL ACTION NO. 5:20-CV-171 |

# ORDER

On February 1, 2021, Plaintiff Josh Limas and Defendant Family Dollar Stores of Texas, LLC filed a "Joint Stipulation of Dismissal With Prejudice Pursuant to FRCP 41(a)(1)" (Dkt. 12). The stipulation (Dkt. 12), which is signed by counsel for all Parties, satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and requests a dismissal with prejudice. (*Id.* at 1–2.) Accordingly, the case is hereby DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(B). The Clerk of Court is DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this 2nd day of February, 2021.

_____
Diana Saldaña
United States District Judge